UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
(VICINAGE OF NEWARK)

Christopher H. Knierim and Jack P. Zaccaria,

Plaintiffs,

v.

Siemens Building Corporation,
The Attwater Blue Corporation, Ben Raue,
Jeff Hooper, Gina Alladin and
Michael Bolinger.

Defendants.

Docket No.: 06-4935-(JCL)

CIVIL ACTION

SUMMONS

TO:   **Michael Bolinger,**
      **Indianapolis, Indiana**

**YOU ARE HEREBY SUMMONED** and required to serve on **PLAINTIFFS' ATTORNEY**

Kenneth Rosellini, Esq.
Hallock & Cammarota, LLP
600 Valley Road, Suite 101
Wayne, New Jersey 07470
(973) 692-0001

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH                              October 18, 2006
_____                     _____
Clerk                                          Date

_____
Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
(VICINAGE OF NEWARK)

| | |
|---|---|
| Christopher H. Knierim and Jack P. Zaccaria,<br><br>Plaintiffs,<br><br>v.<br><br>Siemens Building Corporation,<br>The Attwater Blue Corporation, Ben Raue,<br>Jeff Hooper, Gina Alladin and<br>Michael Bolinger.<br><br>Defendants. | Docket No.: 06-4935 (JCL)<br><br><br>CIVIL ACTION<br><br>SUMMONS |

TO: **Ben Raue**
**Chicago, Illinois**

**YOU ARE HEREBY SUMMONED** and required to serve on **PLAINTIFFS' ATTORNEY**

Kenneth Rosellini, Esq.
Hallock & Cammarota, LLP
600 Valley Road, Suite 101
Wayne, New Jersey 07470
(973) 692-0001

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH
_____     October 18, 2006
Clerk                            Date

_____
Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
(VICINAGE OF NEWARK)

Christopher H. Knierim and Jack P. Zaccaria,

Plaintiffs,

v.

Siemens Building Corporation,
The Attwater Blue Corporation, Ben Raue,
Jeff Hooper, Gina Alladin and
Michael Bolinger.

Defendants.

Docket No.: 06-4935 (JCL)

CIVIL ACTION

SUMMONS

TO: **Jeff Hooper**
**Chicago, Illinois**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY

Kenneth Rosellini, Esq.
Hallock & Cammarota, LLP
600 Valley Road, Suite 101
Wayne, New Jersey 07470
(973) 692-0001

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T WALSH
Clerk

October 18, 2006
Date

_/s/_
Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
(VICINAGE OF NEWARK)

| | |
|---|---|
| Christopher H. Knierim and Jack P. Zaccaria,<br><br>Plaintiffs,<br><br>v.<br><br>Siemens Building Corporation,<br>The Attwater Blue Corporation, Ben Raue,<br>Jeff Hooper, Gina Alladin and<br>Michael Bolinger.<br><br><br>Defendants. | Docket No.: 06-4935 (JCL)<br><br><br><br><br>CIVIL ACTION<br><br>SUMMONS |

TO:   **Defendant, Siemens Building Corporation**
      **Buffalo Grove, Illinois**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY

   Kenneth Rosellini, Esq.
   Hallock & Cammarota, LLP
   600 Valley Road, Suite 101
   Wayne, New Jersey 07470
   (973) 692-0001

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T WALSH                    October 18, 2006
Clerk                              Date

_____
Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
(VICINAGE OF NEWARK)

Christopher H. Knierim and Jack P. Zaccaria, :
:
Plaintiffs, :
:                                    Docket No.: 06-4935(JCL)
v. :
:
Siemens Building Corporation, :
The Attwater Blue Corporation, Ben Raue, :
Jeff Hooper, Gina Alladin and :
Michael Bolinger. :
:
:                                    CIVIL ACTION
:
Defendants. :                        SUMMONS
:

TO:    The Attwater Blue Corporation
       Schaumburg, Illinois

**YOU ARE HEREBY SUMMONED** and required to serve on **PLAINTIFFS' ATTORNEY**

Kenneth Rosellini, Esq.
Hallock & Cammarota, LLP
600 Valley Road, Suite 101
Wayne, New Jersey 07470
(973) 692-0001

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T WALSH**                   October 18, 2006
Clerk                                 Date

_(signature)_
Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
(VICINAGE OF NEWARK)

| | |
|---|---|
| Christopher H. Knierim and Jack P. Zaccaria, :<br><br>Plaintiffs, :<br><br>v.  :<br><br>Siemens Building Corporation, :<br>The Attwater Blue Corporation, Ben Raue, :<br>Jeff Hooper, Gina Alladin and :<br>Michael Bolinger. :<br>:<br>:<br>:<br>Defendants. : | Docket No.: 06-4935(JCC)<br><br><br><br>CIVIL ACTION<br><br>SUMMONS |

TO:  Gina Alladin,
  Raleigh, North Carolina

**YOU ARE HEREBY SUMMONED** and required to serve on **PLAINTIFFS' ATTORNEY**

  Kenneth Rosellini, Esq.
  Hallock & Cammarota, LLP
  600 Valley Road, Suite 101
  Wayne, New Jersey 07470
  (973) 692-0001

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T WALSH**   October 18, 2006
Clerk       Date

_/s/ Mary Munier_
Deputy Clerk