UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
(VICINAGE OF NEWARK)

Kenneth Rosellini, Esq. (6047)
Hallock & Cammarota, LLP
600 Valley Road, Suite 101
Wayne, New Jersey 07470
(973) 692-0001
*Attorneys for Plaintiffs, Christopher H. Knierim and Jack Zaccaria*

---

| | |
|---|---|
| Christopher H. Knierim and Jack P. Zaccaria, | |
| Plaintiffs, | |
| v. | Docket No.: 06-4935 (JCL) |
| Siemens Corporation, Siemens Building Technologies, Inc., Attwater Blue Corporation, Ben Raue, Jeff Hooper, Gina Alladin and Michael Bolinger. | |
| | CIVIL ACTION |
| Defendants. | SUMMONS<br>AMENDED COMPLAINT |

TO:   **Gina Alladin,
        Raleigh, North Carolina**

**YOU ARE HEREBY SUMMONED** and required to serve on **PLAINTIFFS' ATTORNEY**

   Kenneth Rosellini, Esq.
   Hallock & Cammarota, LLP
   600 Valley Road, Suite 101
   Wayne, New Jersey 07470
   (973) 692-0001

an answer to the complaint which is served on you with this summons, within ___10*___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service. *or within the time remaining for response to the Original Pleading whichever period is longer.

___WILLIAM T. WALSH___          ___10/25/06___
Clerk                                            Date

*(signature)* Jane Delle Monache
Deputy Clerk

◈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                        *Date*                    *Signature of Server*

                                          _____
                                          *Address of Server*

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
(VICINAGE OF NEWARK)

Kenneth Rosellini, Esq. (6047)
Hallock & Cammarota, LLP
600 Valley Road, Suite 101
Wayne, New Jersey 07470
(973) 692-0001
*Attorneys for Plaintiffs, Christopher H. Knierim
and Jack Zaccaria*

| | |
|---|---|
| Christopher H. Knierim and Jack P. Zaccaria, | |
| Plaintiffs, | |
| v. | Docket No.: 06-4935 (JCL) |
| Siemens Corporation, Siemens Building Technologies, Inc., Attwater Blue Corporation, Ben Raue, Jeff Hooper, Gina Alladin and Michael Bolinger. | |
| | CIVIL ACTION |
| Defendants. | SUMMONS<br>AMENDED COMPLAINT |

TO:　**Michael Bolinger,**
　　　**Indianapolis, Indiana**

**YOU ARE HEREBY SUMMONED** and required to serve on **PLAINTIFFS' ATTORNEY**

Kenneth Rosellini, Esq.
Hallock & Cammarota, LLP
600 Valley Road, Suite 101
Wayne, New Jersey 07470
(973) 692-0001

an answer to the complaint which is served on you with this summons, within ___10*___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service. * or within the time remaining for response to the Original Pleading whichever period is longer.

WILLIAM T. WALSH　　　　　　　　　　10/25/06
Clerk　　　　　　　　　　　　　　　　　Date

*Jane Delle Monache*
Deputy Clerk

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ _____
                  Date                                *Signature of Server*

                                         _____
                                         *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
(VICINAGE OF NEWARK)

Kenneth Rosellini, Esq. (6047)
Hallock & Cammarota, LLP
600 Valley Road, Suite 101
Wayne, New Jersey 07470
(973) 692-0001
*Attorneys for Plaintiffs, Christopher H. Knierim
and Jack Zaccaria*

| | |
|---|---|
| Christopher H. Knierim and Jack P. Zaccaria, | |
| Plaintiffs, | |
| v. | Docket No.: 06-4935 (JCL) |
| Siemens Corporation, Siemens Building Technologies, Inc., Attwater Blue Corporation, Ben Raue, Jeff Hooper, Gina Alladin and Michael Bolinger. | |
| | CIVIL ACTION |
| Defendants. | SUMMONS AMENDED COMPLAINT |

TO:   **Jeff Hooper**
        **Chicago, Illinois**

**YOU ARE HEREBY SUMMONED** and required to serve on **PLAINTIFFS' ATTORNEY**

Kenneth Rosellini, Esq.
Hallock & Cammarota, LLP
600 Valley Road, Suite 101
Wayne, New Jersey 07470
(973) 692-0001

an answer to the complaint which is served on you with this summons, within ___10*___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service. *or within the time remaining for response to the Original Pleading whichever period is longer.

___WILLIAM T. WALSH___       ___10/25/06___
Clerk                                              Date

*Jane Delle Monache*
Deputy Clerk

⊗AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ _____
                         Date                                   *Signature of Server*

                                                            _____

                                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
(VICINAGE OF NEWARK)

Kenneth Rosellini, Esq. (6047)
Hallock & Cammarota, LLP
600 Valley Road, Suite 101
Wayne, New Jersey 07470
(973) 692-0001
*Attorneys for Plaintiffs, Christopher H. Knierim
and Jack Zaccaria*

| | |
|---|---|
| Christopher H. Knierim and Jack P. Zaccaria,<br><br>Plaintiffs,<br><br>v.<br><br>Siemens Corporation, Siemens Building Technologies, Inc., Attwater Blue Corporation, Ben Raue, Jeff Hooper, Gina Alladin and Michael Bolinger.<br><br>Defendants. | Docket No.: 06-4935 (JCL)<br><br><br><br>CIVIL ACTION<br><br>SUMMONS<br>AMENDED COMPLAINT |

TO:   **Ben Raue**
      **Chicago, Illinois**

**YOU ARE HEREBY SUMMONED** and required to serve on **PLAINTIFFS' ATTORNEY**

Kenneth Rosellini, Esq.
Hallock & Cammarota, LLP
600 Valley Road, Suite 101
Wayne, New Jersey 07470
(973) 692-0001

an answer to the complaint which is served on you with this summons, within ___10*___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.   * or within the time remaining for response to the Original Pleading whichever period is longer

___WILLIAM T. WALSH___                        ___10/25/06___
Clerk                                          Date

_Jane Dello Morache_
Deputy Clerk

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                 *Signature of Server*

                                 _____
                                 *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
(VICINAGE OF NEWARK)

Kenneth Rosellini, Esq. (6047)
Hallock & Cammarota, LLP
600 Valley Road, Suite 101
Wayne, New Jersey 07470
(973) 692-0001
*Attorneys for Plaintiffs, Christopher H. Knierim
and Jack Zaccaria*

| | |
|---|---|
| Christopher H. Knierim and Jack P. Zaccaria,<br><br>Plaintiffs,<br><br>v.<br><br>Siemens Corporation, Siemens Building Technologies, Inc., Attwater Blue Corporation, Ben Raue, Jeff Hooper, Gina Alladin and Michael Bolinger.<br><br>Defendants. | Docket No.: 06-4935 (JCL)<br><br><br><br>CIVIL ACTION<br><br>SUMMONS<br>AMENDED COMPLAINT |

TO:   Attwater Blue Corporation
      Schaumburg, Illinois

**YOU ARE HEREBY SUMMONED** and required to serve on **PLAINTIFFS' ATTORNEY**

    Kenneth Rosellini, Esq.
    Hallock & Cammarota, LLP
    600 Valley Road, Suite 101
    Wayne, New Jersey 07470
    (973) 692-0001

an answer to the complaint which is served on you with this summons, within ___10*___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service. * or within the time remaining for response to the Original Pleading whichever period is longer.

WILLIAM T. WALSH                              10/25/06
Clerk                                          Date

    *Ane Delle Monache*
Deputy Clerk

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                   *Signature of Server*

                                       _____
                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.