UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
(VICINAGE OF NEWARK)

Kenneth Rosellini, Esq. (6047)
Hallock & Cammarota, LLP
600 Valley Road, Suite 101
Wayne, New Jersey 07470
(973) 692-0001
*Attorneys for Plaintiffs, Christopher H. Knierim
and Jack Zaccaria*

| | |
|---|---|
| Christopher H. Knierim and Jack P. Zaccaria, Plaintiffs, v. Siemens Corporation, Siemens Building Technologies, Inc., Attwater Blue Corporation, Ben Raue, Jeff Hooper, Gina Alladin and Michael Bolinger. Defendants. | Docket No.: 06-4935 (JCL) <br><br> CIVIL ACTION <br><br> **SUMMONS** <br> **AMENDED COMPLAINT** |

TO:   **Defendant, Siemens Building Technologies, Inc.
       Buffalo Grove, Illinois**

**YOU ARE HEREBY SUMMONED** and required to serve on **PLAINTIFFS' ATTORNEY**

Kenneth Rosellini, Esq.
Hallock & Cammarota, LLP
600 Valley Road, Suite 101
Wayne, New Jersey 07470
(973) 692-0001

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH                               10-25-06
Clerk                                          Date

*Jane Delle Monache*
Deputy Clerk

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
             Date            Signature of Server

                             _____
                             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
(VICINAGE OF NEWARK)

Kenneth Rosellini, Esq. (6047)
Hallock & Cammarota, LLP
600 Valley Road, Suite 101
Wayne, New Jersey 07470
(973) 692-0001
*Attorneys for Plaintiffs, Christopher H. Knierim
and Jack Zaccaria*

| | |
|---|---|
| Christopher H. Knierim and Jack P. Zaccaria,<br><br>Plaintiffs,<br><br>v.<br><br>Siemens Corporation, Siemens Building Technologies, Inc., Attwater Blue Corporation, Ben Raue, Jeff Hooper, Gina Alladin and Michael Bolinger.<br><br>Defendants. | Docket No.: 06-4935 (JCL)<br><br><br><br>CIVIL ACTION<br><br>**SUMMONS**<br>**AMENDED COMPLAINT** |

TO:    **Siemens Corporation**
       **New York, New York**

**YOU ARE HEREBY SUMMONED** and required to serve on **PLAINTIFFS' ATTORNEY**

Kenneth Rosellini, Esq.
Hallock & Cammarota, LLP
600 Valley Road, Suite 101
Wayne, New Jersey 07470
(973) 692-0001

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH                                              10-25-06
Clerk                                                          Date

*Jane Dello Morache*
Deputy Clerk

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
  Date

_____
*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.