# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

33 Washington Street, Newark, New Jersey 07102-3017   Tel: (973) 624-0800   Fax: (973) 624-0808

Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
*Limited Liability Partnership of NY*
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris

www.wilsonelser.com

JAMES CRAWFORD ORR
KEITH G. VON GLAHN
ROBERT JOHN KELLY
WILLIAM J. RINA
THOMAS F. QUINN
BRIAN W. McALINDIN
BARBARA HOPKINSON KELLY
CAROLYN F. O'CONNOR
JANE ANDREWS
TINA A. JORDAN
STEPHEN R. KNOX
ROBERT M. TOSTI
WILLIAM P. KRAUSS
MICHAEL J. NAUGHTON
MARTIN J. SULLIVAN

JOSEPH A. GALLO
ROBERT A. BERNS
KURT W. KRAUSS
KELLY A. WATERS
COLIN P. HACKETT
BRIAN J. WHITEMAN
SUSAN KARLOVICH
MATTHEW S. MAHONEY
KEVIN C. DONOVAN
JAMES S. REHBERGER
——
OF COUNSEL:
ROBERT C. NEFF, JR.
JOHN P. O'TOOLE
GREGG S. KAHN

ELIZABETH R. CHARTERS
SUNA LEE
JOSEPH T. HANLON
JOAN H. LANGER
ROBERT T. GUNNING
JOANNA PIOREK
SETH PTASIEWICZ
FRANCES J. ALMANZAR
KURT H. DZUGAY
GINA CALABRIA
MICHAEL T. HENSLEY
JASON R. SCHMITZ
KEITH A. LOUGHLIN
JOHN W. WILLIAMS
TRACY L. BOOKHARD
CHRISTOPHER R. KEHRLI

PETER A. MCKENZIE
CHRISTOPHER W. McCLANAHAN
SHAUN S. MCGREGOR
TIMOTHY COUGHLAN
KIM McCONNOR
JAKE K. PRUDHOMME
ADAM S PICINICH
SUSAN E. GUALTIERI
ROBERT W. DARISH
JOHN J. SHOTTER
STACIE L. KARP
PETER A. SWIFT
JOSEPH P. RINDONE
ADAM J. KIPNIS
SHARI F. KEISER

November 8, 2006

Honorable Mark Falk, U.S.D.J.
United State District Court
District of New Jersey
1 Federal Square
Newark, New Jersey 07102

        Re:    **Knierim, et al. v. Siemens Building Technologies, Inc., et al.**
               Docket No.   :     06-4935

Dear Judge Falk:

      Please accept this letter on behalf of Siemens Building Technologies, Inc. with regard to the above captioned matter.

      To reiterate the Court confirmed our letter will be considered in lieu of a more formal pleading extending the time within which responsive pleadings may be filed on behalf of Siemens Building Technologies, Inc. until December 15, 2006.

      This request is made with the consent of Mr. Rosellini who represents Plaintiff.

                   Respectfully submitted,

                   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                   */s/ Keith G. Von Glahn*
                   **Keith G. Von Glahn**

KVG/amh

Cc:    Kenneth Rosellini, Esq.

551731.1