FILED VIA ECF

REED SMITH LLP
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, New Jersey 08540
(609) 987-0050
Anthony J. Laura, Esq.
Greg A. Dadika, Esq.
Attorneys for Defendants Siemens Corporation,
Siemens Building Technologies, Inc.,
Gina Alladin, and Michael Bollinger

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER H. KNIERIM and JACK P. ZACCARIA,<br><br>    Plaintiffs,<br><br>v.<br><br>SIEMENS CORPORATION, SIEMENS BUILDING TECHNOLOGIES, INC., ATTWATER BLUE CORPORATION, BEN RAUB, JEFF HOOPER, GINA ALLADIN, and MICHAEL BOLINGER,<br><br>    Defendants. | Civil Action No. 06-4935 (JCL)<br><br><br><br>STIPULATED CONSENT ORDER EXTENDING TIME TO RESPOND |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time for Defendants Siemens Corporation, Siemens Building Technologies, Inc., Gina Alladin, and Michael Bolinger to answer, move against or otherwise respond to the Complaint shall be extended to and including *December 22, 2006*.

REED SMITH LLP

By: _____
Anthony J. Laura, Esq.
Attorneys for Defendants Siemens Corporation, Siemens Building Technologies, Inc., Gina Alladin, and Michael Bollinger

HALLOCK & CAMMAROTA, LLP

By: _____
Kenneth Rosellini, Esq.
Attorneys for Plaintiffs
Christopher H. Knierim and
Jack P. Zaccaria

**SO ORDERED:**

_____
The Honorable Esther Salas, U.S.M.J.