FILED VIA ECF

**REED SMITH LLP**
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, New Jersey 08540
(609) 987-0050
Attorneys for Defendants Siemens Building Technologies, Inc.,
Gina Alladin, and Michael Bolinger

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHRISTOPHER H. KNIERIM and JACK P. ZACCARIA,<br><br>Plaintiffs,<br><br>v.<br><br>SIEMENS CORPORATION, SIEMENS BUILDING TECHNOLOGIES, INC., ATTWATER BULE CORPORATION, BEN RAUE, JEFF HOOPER, GINA ALLADIN, and MICHAEL BOLINGER,<br><br>Defendants. | Civil Action No. 06-4935 (JCL)<br><br><br>**RULE 7.1 DISCLOSURE STATEMENT FOR SIEMENS BUILDING TECHNOLOGIES, INC.** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Siemens Building Technologies, Inc. discloses that Siemens Building Technologies, Inc. is wholly owned by Siemens Corporation, which is not publicly traded. Siemens Corporation is indirectly owned, through one or more companies, by Siemens AG, a German corporation, which is publicly traded on the New York Stock Exchange.

                                              **REED SMITH LLP**

By: /s/ Anthony J. Laura
      Anthony J. Laura
      Princeton Forrestal Village
      136 Main Street, Suite 250
      Princeton, New Jersey 08540
      (609) 987-0050
      Attorneys for Defendants Siemens Building
      Technologies, Inc., Gina Alladin, and
      Michael Bolinger

*Dated*: December 21, 2006