FILED VIA ECF

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
## (VICINAGE OF NEWARK)

Kenneth Rosellini, Esq. (6047)
**HALLOCK & CAMMAROTA, LLP**
600 Valley Road, Suite 101
Wayne, New Jersey 07470
973.692.0001
Attorneys for Plaintiffs

RECEIVED
DEC 2 2 2006
AT 8:30 ____ 6:02 ____ M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| CHRISTOPHER H. KNIERIM and JACK P. ZACCARIA,<br><br>Plaintiffs,<br><br>v.<br><br>SIEMENS CORPORATION, SIEMENS BUILDING TECHNOLOGIES, INC., ATTWATER BLUE CORPORATION, BEN RAUE, JEFF HOOPER, GINA ALLADIN, and MICHAEL BOLINGER.<br><br>Defendants. | Civil Action No. 06-4935 (JCL)<br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO THE DEFENDANT, SIEMENS CORPORATION, ONLY** |

Pursuant to *Fed. R. Civ. P.* 41(a)(1), Plaintiffs hereby voluntarily dismiss their claims against Siemens Corporation, without prejudice and without costs.

HALLOCK & CAMMAROTA, LLP

BY: _____
Kenneth Rosellini, Esq.
Attorneys for Plaintiffs

*Dated*: December 22, 2006