**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW JERSEY**
**(VICINAGE OF NEWARK)**

Kenneth J. Ashman
Daniel T. Novellano
ASHMAN LAW OFFICES, LLC
55 West Monroe Street, Suite 2650
Chicago, Illinois  60603
(312) 596-1700

Jay R. McDaniel
MCDANIEL CHUSID, LLP
Park 80 West, Plaza 1
Saddle Brook New Jersey 07663
(201) 845-3232

*Attorneys for Defendants Attwater Blue*
*Corporation, Ben Raue, and Jeff Hooper*

-----------------------------------------------------------x

| | | |
|---|---|---|
| CHRISTOPHER H. KNIERIM and JACK P. ZACCARIA, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Docket No.:  06-4935 (JCL) |
| v. | : | |
| | : | Honorable John C. Lifland |
| SIEMENS CORPORATION, SIEMENS BUILDING TECHNOLOGIES, INC., ATTWATER BLUE CORPORATION, BEN RAUE, JEFF HOOPER, GINA ALLADIN and MICHAEL BOLINGER, | : | **NOTICE OF MOTION** |
| | : | |
| Defendants. | : | |

-----------------------------------------------------------x

TO:    Kenneth Rosellini, Esq.
       Hallock & Cammarota,LLP
       600 Valley Road, Suite 101
       Wayne, New Jersey 07470

     **PLEASE TAKE NOTICE** that on February 27, 2007 at 9:00 a.m., or as soon thereafter as counsel can be heard, Defendants Attwater Blue Corporation, Ben Raue, and Jeff Hooper, through their attorneys, MCDANIEL CHUSID, LLP, shall move before the Honorable John C. Lifland, United States District Judge, at the United States Post Office and Courthouse, Newark, New

Jersey 07101-0999, for an Order granting admission Kenneth J. Ashman, Esq. to appear *pro hac vice* in this matter.

In support of this motion, Defendants will rely on the accompanying Declaration of Kenneth J. Ashman.

Dated:  January 25, 2007

McDANIEL CHUSID, LLP
Park 80 West, Plaza 1
Saddle Brook New Jersey 07663
(201) 845-3232


By:  /s Jay R. McDaniel
       Jay R. McDaniel

Kenneth J. Ashman
Daniel T. Novellano
ASHMAN LAW OFFICES, LLC
55 West Monroe Street, Suite 2650
Chicago, Illinois  60603
(312) 596-1700

*Attorneys for Defendants Attwater Blue*
*Corporation, Ben Raue, and Jeff Hooper*

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
(VICINAGE OF NEWARK)**

------------------------------------------------------------- x
CHRISTOPHER H. KNIERIM and JACK P.     :
ZACCARIA,                                    :

                                           :

             Plaintiffs,         :

                                         :   Docket No.:  06-4935 (JCL)

          v.                     :

                                       :   Honorable John C. Lifland

SIEMENS CORPORATION, SIEMENS       :
BUILDING TECHNOLOGIES, INC.,        :
ATTWATER BLUE CORPORATION, BEN  :
RAUE, JEFF HOOPER, GINA ALLADIN and :
MICHAEL BOLINGER,              :

                                       :

            Defendants.        :
------------------------------------------------------------- x

### DECLARATION OF KENNETH J. ASHMAN, ESQ.

STATE OF ILLINOIS       )
                          : ss.:
COUNTY OF COOK      )

      **KENNETH J. ASHMAN,** being duly sworn, deposes and says under penalty of

perjury:

      1.     I am an attorney duly licensed to practice law in the States of Illinois and New

York, in the United States Supreme Court, in the United States Court of Appeals for the Second and

Seventh Circuits, and in the United States District Court for the Eastern and Southern Districts of

New York, the Northern District of Illinois (trial bar) and the District of Hawaii.  I am the managing

member of Ashman Law Offices, LLC, 55 West Monroe, Suite 2650, Chicago, Illinois 60603,

counsel of Defendants Attwater Blue Corporation, Ben Raue, and Jeff Hooper.

2.      On December 20, 1990, I was admitted to practice law before the State of New Jersey and the United States District Court for the District of New Jersey.  Although admitted to practice in New Jersey, I concentrated my practice in New York and Illinois.  Sometime ago, I consciously decided to cease paying my license dues in New Jersey, and, as a result, I am no longer an active member of the New Jersey bar or of this Court.

3.      I have never been held in contempt, censured, suspended, disbarred, or subject to disciplinary proceedings by any court or administrative body.

4.      I understand and accept the obligation to comply with all applicable rule of this Court.

5.      I respectfully request permission from this Court to appear and to participate as counsel, *pro hac vice*, for Attwater Blue Corporation, Ben Raue, and Jeff Hooper in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 25, 2007

/s Kenneth J. Ashman
Kenneth J. Ashman

ASHMAN LAW OFFICES, LLC
55 West Monroe Street, Suite 2650
Chicago, Illinois   60603
(312) 596-1700