**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4887 |

January 29, 2007

### LETTER ORDER

Jay R. McDaniel
McDaniel Chusid, LLP
Park 80 West, Plaza 1
Saddle Brook, NJ 07663

    Re:    **Knierim, et al. v. Siemens Corp., et al.**
              **Civil Action No. 06-4935 (JCL)**

Dear Mr. McDaniel:

    The undersigned received the application for *pro hac vice* admission of Kenneth J. Ashman. Pursuant to Local Civil Rule 101.1, "any New Jersey attorney deemed ineligible to practice law by order of the New Jersey Supreme Court entered pursuant to New Jersey Court Rule 1:28-2(a) shall not be eligible to practice law in this Court during the period of such ineligibility." Because Mr. Ashman is listed on the New Jersey Lawyers' Fund For Client Protection ineligible list dated December 27, 2006, the motion to admit Kenneth J. Ashman *pro hac vice* is **DENIED**, without prejudice to refiling.

    **SO ORDERED.**

                              *s/Esther Salas*
                              **Esther Salas, U.S.M.J**

cc:    Clerk
       Hon. John C. Lifland, U.S.D.J.
       File