LAW OFFICES

# HALLOCK & CAMMAROTA, LLP

600 VALLEY ROAD
WAYNE, NEW JERSEY 07470

JOSEPH A. HALLOCK ◊ *
PIETRO CAMMAROTA †
KENNETH ROSELLINI †
ANDREW SANGEORGE ∆
OF COUNSEL

(973) 692-0001
Fax (973) 692-0011
E-Mail Lawyers@HalCamLaw.com

◊ NEW JERSEY AND FLORIDA BARS
† NEW JERSEY AND NEW YORK BARS
∆ NEW JERSEY AND WASHINGTON, DC BARS
* FELLOW, AMERICAN COLLEGE OF TRUST AND ESTATE COUNSEL

February 13, 2007

Clerk
US District Court, District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

**RECEIVED**
FEB 13 2007
AT 8:30 _5:30 P_M
WILLIAM T. WALSH, CLERK

Re: **Knierim v. Siemens Corporation**
**Docket No.: 06-4935 (JCL)**
**L.Civ.R. 7.1(d)(5) Automatic Extension**
**New Return Date March 12, 2007**

Dear Sir/Madam:

Please be advised that this office represents the Plaintiffs, Christopher H. Knierim and Jack P Zaccaria in the above-referenced matter. Pursuant to *L.Civ.R.* 7.1(d)(5), Plaintiffs request that the motion filed by the Defendants, Attwater Blue Corporation, Ben Raue and Jeff Hooper and which is pending before the Honorable John C. Lifland, be adjourned and rescheduled for the return date of March 12, 2007. I have obtained the consent of the attorneys for Defendants in this matter to make this request.

Thank you for your consideration and attention to this matter. If you have any questions, please do not hesitate to contact me.

Very truly yours,

Kenneth Rosellini

Cc: Kenneth J. Ashman, Esq.
Jay R. McDaniel, Esq.
Greg A. Dadika, Esq.