UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
(VICINAGE OF NEWARK)

Kenneth Rosellini, Esq.
Hallock & Cammarota, LLP
600 Valley Road, Suite 101
Wayne, New Jersey 07470
(973) 692-0001
*Attorneys for Plaintiffs, Christopher H. Knierim and Jack P. Zaccaria*

| | |
|---|---|
| KNIERIM, *et. al*<br><br>    Plaintiffs,<br><br>vs.<br><br>SIEMENS CORP., *et. al*<br><br>    Defendants. | Docket No. 06-4935 (JCL)<br><br>AFFIDAVIT OF CHRISTOPHER H. KNIERIM IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR DISMISSAL AND CHANGE OF VENUE |

**STATE OF NEW JERSEY** )
                        ) SS:
**COUNTY OF PASSAIC**   )

**CHRISTOPHER H. KNIERIM**, being duly sworn according to law, upon his oath, does hereby depose and say;

1.  My name is Christopher H. Knierim and I am a Plaintiff in the above captioned matter;

2.  At all times mentioned herein, I resided in the State of New Jersey;

3.  In December of 2004, Defendant Ben Raue (hereinafter "Raue") approached me to work as an independent contractor

   for Defendant Attwater Blue Corporation (hereinafter "Attwater");

4. At that time, Raue made himself known to me as an owner of Attwater;

5. At that time, Raue made himself known to me as the president of Attwater;

6. Raue informed me that Plaintiff Jack Zaccaria had recommended me and that my prior reputation and interactions with Defendant Siemens Building Technologies was of special interest to him;

7. He further made it clear to me that we would be doing extensive work in New Jersey and that my experiences in the state would prove useful;

8. Shortly thereafter I became acquainted with Defendant Jeff Hooper (hereinafter "Hooper");

9. At that time, Hooper made himself known to me as an owner of Attwater;

10. At that time, Hooper made himself known to me as the vice-president of Attwater;

11. I accepted employment with Attwater and worked for them as an independent contractor from December of 2004 until September of 2006;

12. My job duties included generating lists of names of potential candidates for jobs that Attwater was recruiting;

13. Of the 215 major jobs that I performed for Attwater from November 2005 until August 2006, 19 of them took place in New Jersey, which is nearly 9% of all work I performed;

14. There were many other minor projects where I obtained the names of 5 or so people in New Jersey;

15. When I was assigned a major job in New Jersey, both Raue and Hooper would inform me of specific companies in New Jersey that I should investigate for purposes of obtaining names of potential recruitment candidates;

16. I was also to obtain the names of potential recruits from specific large employers located in New Jersey such as Honeywell, Trane, Johnson Controls, and Carrier;

17. If I did not investigate the New Jersey companies identified by Raue or Hooper or did not investigate the large New Jersey employers, I would have been unable to perform the job assigned to me;

18. Raue and Hooper told me that I should focus on the specific New Jersey companies because they were direct competitors of SBT and their employees would already be familiar with the market and be available to work in the area;

19. Raue and Hooper also told me that it was greatly important that the potential recruits be located within a half hour geographical area of SBT's offices because SBT would not generally relocate job recruits;

20. Raue and Hooper would personally contact me several times a week via phone;

21. Generally, both Raue and Hooper would contact me daily via instant messaging or e-mail;

22. Both Raue and Hooper would often discuss various topics relevant to New Jersey such as the sports and weather because they knew that I lived in New Jersey and was working out of New Jersey;

23. Both Raue and Hooper often discussed with me how they were anticipating opening an East Coast office that was to be located in New Jersey for the convenience of both SBT and Attwater's contractors;

24. During conference calls between Hooper, a potential candidate and me, Hooper would occasionally mentioned to candidates that they had spoken to co-workers in their East Cost Office;

25. There was often this exchange between Hooper and me wherein we would identify ourselves/location to the candidates by reference to the East Coast office and the Mid-West office;

26. During such conference calls, Hooper would often engage in recruiting activities directed at New Jersey employees that I had transferred to him in what was called a "warm lead";

27. Many times I would instant message either Raue or Hooper and they would inform me that there were busily working on

various recruitment projects, including those located in New Jersey;

28. Both Raue and Hooper told me how they wished to use my presence in New Jersey to their advantage by making their office look bigger and by giving them the opportunity to send me to meet directly with various SBT personal;

29. Both Raue and Hooper also informed me that they were attempting to solicit further business in New Jersey from companies such as Granger, All-State Insurance, Specialized Service Maintenance, and GN Resound;

30. Both Raue and Hooper told me that they were attempting to obtain more business from SBT's fire division from Diane Lancaster who was based in the Florham Park, New Jersey office;

31. Both Raue and Hooper assigned themselves various recruiting jobs within the State of New Jersey along side of the other recruiters for Attwater;

32. I am personally familiar with Mary Petnel, another independent contract for Attwater that lives and works in New Jersey and has had many recruitment projects within the State of New Jersey;

33. I believe that they focused on New Jersey residents because they were attempting to focus their recruiting events in the New Jersey/New York metro area; and

34. Both Raue and Hooper sent me my pay checks, contractors, Christmas cards, get well cards, and other various documents via the mails to my home in New Jersey.

*Christopher H. Knierim*

Sworn and subscribed
before me this 2nd day
of March 2007.

*Kenneth Rosellini, Esq.*
Attorney-at-Law
State of New Jersey