LAW OFFICES

# HALLOCK & CAMMAROTA, LLP

600 VALLEY ROAD
WAYNE, NEW JERSEY 07470

JOSEPH A. HALLOCK ◊ *
PIETRO CAMMAROTA †
KENNETH ROSELLINI †
ANDREW SANGEORGE ∆
   OF COUNSEL

(973) 692-0001
Fax (973) 692-0011
E-Mail Lawyers@HalCamLaw.com

◊ NEW JERSEY AND FLORIDA BARS
† NEW JERSEY AND NEW YORK BARS
∆ NEW JERSEY AND WASHINGTON, DC BARS
* FELLOW, AMERICAN COLLEGE OF TRUST
  AND ESTATE COUNSEL

March 12, 2007

Honorable John C. Lifland, U.S.D.J.
US District Court, District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

      Re:    **Knierim v. Siemens Corporation**
              **Docket No.: 06-4935 (JCL)**
              **Proposed Consent Order Rescheduling Return Date for March 26, 2007**

Dear Judge Lifland:

    Your Honor, please be advised that this office represents the Plaintiffs Christopher H. Knierim and Jack P Zaccaria in the above-referenced matter in which the Defendants, Attwater Blue Corporation, Ben Raue and Jeff Hooper have motions pending for, *inter alia*, change of venue, dismissal for lack of jurisdiction and dismissal for failure to state a claim. This motion was rescheduled for March 12, 2007 pursuant to *L.Civ.R.* 7.1(d)(5). The parties have agreed to a new schedule for the motion with a Return Date of March 26, 2007. By way of this letter, and the attached proposed Consent Order, we respectfully request that the motions be rescheduled for the Return Date of Monday, March 26, 2007 and papers filed in accordance with the filing procedure set forth in the proposed Consent Order.

    We, therefore, respectfully request that Your Honor execute and file the attached proposed Consent Order.

    Thank you Your Honor for your consideration and attention to this matter. If you have any questions, please do not hesitate to contact this firm at the above address.

                                      Respectfully submitted,

                                      Kenneth Rosellini

Cc:    Greg A. Dadika, Esq. (via facsimile)
        Kenneth J. Ashman, Esq. (via facsimile)
        Jay R. McDaniel, Esq. (via facsimile)

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
(VICINAGE OF NEWARK)**

Kenneth Rosellini, Esq. (6047)
Hallock & Cammarota, LLP
600 Valley Road, Suite 101
Wayne, New Jersey 07470
(973) 692-0001
*Attorneys for Plaintiffs, Christopher H. Knierim
and Jack Zaccaria*

| | |
|---|---|
| Christopher H. Knierim and Jack P. Zaccaria, | |
| Plaintiffs, | |
| v. | Docket No.: 06-4935 (JCL) |
| Siemens Corporation, Siemens Building Technologies, Inc., Attwater Blue Corporation, Ben Raue, Jeff Hooper, Gina Alladin and Michael Bolinger, | CIVIL ACTION |
| Defendants. | ORDER |

The matter being brought before the Court by the Law Offices of Hallock & Cammarota, LLP, attorneys for the Plaintiffs, Christopher H. Knierim and Jack P. Zaccaria, by way of application for the adjournment and rescheduling of the pending motions filed by the Defendants, Attwater Blue Corporation, Ben Raue and Jeff Hooper ("Attwater Defendants"), by and through their attorneys, McDaniel Chusid, LLP, and with the consent of the Attwater Defendants and of the Defendants, Siemens Building Technologies, Inc., Gina Alladin and Michael Bolinger, by and through their attorneys, Reed Smith, LLP, and the Court having determined that such application is appropriate, it is on this ____ day of March, 2007 **ORDERED** that:

1. The new Return Date for the motions filed by the Attwater Defendants shall be Monday, March 26, 2007; and

2. Opposition to the Attwater Defendants' motions shall be filed by the end of the day on Friday, March 2, 2007; and

3. Any Replies to Opposition to the Attwater Defendants' motions shall be filed by the end of the day on Monday, March 19, 2007; and

4. A copy of this order shall be served upon all interested parties within seven (7) days of the Plaintiffs' receipt of this order.

_____
HONORABLE JOHN C. LIFLAND
UNITED STATES DISTRICT JUDGE

We hereby consent to the form of the above order and this consent may be executed in counterparts.

DATED: _____
GREG A. DADIKA, ESQ.
Reed Smith, LLP
Princeton Forrestal Village
136 Main Street – Suite 250
Princeton, New Jersey 08540
*Attorneys for the Defendants, Siemens Building Technologies, Inc., Gina Alladin and Michael Bolinger*

DATED: 3/9/07 _____
KENNETH ROSELLINI, ESQ.
Hallock & Cammarota, LLP
600 Valley Road, Suite 101
Wayne, New Jersey 07470
*Attorneys for the Plaintiffs, Christopher H. Knierim and Jack P. Zaccaria*

DATED: _____
JAY R. MCDANIEL, ESQ.
McDaniel Chusid, LLP
Park 80 West, Plaza 1
Saddle Brook, New Jersey 07663
*Attorneys for the Defendants, Attwater Blue Corporation, Ben Raue and Jeff Hooper*

2