# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY
### (VICINAGE OF NEWARK)

Kenneth J. Ashman
Daniel T. Novellano
ASHMAN LAW OFFICES, LLC
55 West Monroe Street, Suite 2650
Chicago, Illinois 60603
(312) 596-1700

Jay R. McDaniel
MCDANIEL CHUSID, LLP
Park 80 West, Plaza 1
Saddle Brook New Jersey 07663
(201) 845-3232

*Attorneys for Defendants Attwater Blue Corporation, Ben Raue, and Jeff Hooper*

------------------------------------------------------x
| | |
|---|---|
| CHRISTOPHER H. KNIERIM and JACK P. ZACCARIA, : | |
| : | |
| Plaintiffs, : | |
| : | Docket No.: 06-4935 (JCL) |
| v. : | |
| : | Honorable John C. Lifland |
| SIEMENS CORPORATION, SIEMENS BUILDING TECHNOLOGIES, INC., ATTWATER BLUE CORPORATION, BEN RAUE, JEFF HOOPER, GINA ALLADIN and MICHAEL BOLINGER, : | **NOTICE OF MOTION** |
| : | |
| Defendants. : | |

------------------------------------------------------x

TO:   Kenneth Rosellini, Esq.
      Hallock & Cammarota, LLP
      600 Valley Road, Suite 101
      Wayne, New Jersey 07470

**PLEASE TAKE NOTICE** that on March 26, 2007 at 9:00 a.m., or as soon thereafter as counsel can be heard, Defendants Attwater Blue Corporation, Ben Raue, and Jeff Hooper, through their attorneys, MCDANIEL CHUSID, LLP, shall move before the Honorable John C. Lifland, United States District Judge, at the United States Post Office and Courthouse, Newark, New Jersey 07101-

0999, for an Order granting admission Kenneth J. Ashman, Esq. to appear *pro hac vice* in this matter.

In support of this motion, Defendants will rely on the accompanying Supplemental Declaration of Kenneth J. Ashman.

Dated: March 20, 2007

        McDaniel Chusid, LLP
        Park 80 West, Plaza 1
        Saddle Brook New Jersey 07663
        (201) 845-3232


By: /s Jay R. McDaniel
     Jay R. McDaniel

Kenneth J. Ashman
Daniel T. Novellano
Ashman Law Offices, LLC
55 West Monroe Street, Suite 2650
Chicago, Illinois 60603
(312) 596-1700

*Attorneys for Defendants Attwater Blue Corporation, Ben Raue, and Jeff Hooper*