UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
(VICINAGE OF NEWARK)

------------------------------------------------------------ x
CHRISTOPHER H. KNIERIM and JACK P. :
ZACCARIA, :
 :
       Plaintiffs, :
 : Docket No.: 06-4935 (JCL)
       v. :
 : Honorable John C. Lifland
SIEMENS CORPORATION, SIEMENS :
BUILDING TECHNOLOGIES, INC., :
ATTWATER BLUE CORPORATION, BEN :
RAUE, JEFF HOOPER, GINA ALLADIN and :
MICHAEL BOLINGER, :
 :
       Defendants. :
------------------------------------------------------------ x

## DECLARATION OF KENNETH J. ASHMAN, ESQ.

STATE OF ILLINOIS    )
                              : ss.:
COUNTY OF COOK    )

       **KENNETH J. ASHMAN,** being duly sworn, deposes and says under penalty of perjury:

       1.     I am an attorney duly licensed to practice law in the States of Illinois and New York, in the United States Supreme Court, in the United States Court of Appeals for the Second and Seventh Circuits, and in the United States District Court for the Eastern and Southern Districts of New York, the Northern District of Illinois (trial bar) and the District of Hawaii. I am the managing member of Ashman Law Offices, LLC, 55 West Monroe, Suite 2650, Chicago, Illinois 60603, counsel of Defendants Attwater Blue Corporation, Ben Raue, and Jeff Hooper.

2. On December 20, 1990, I was admitted to practice law before the State of New Jersey and the United States District Court for the District of New Jersey. Although admitted to practice in New Jersey, I concentrated my practice in New York and Illinois. Sometime ago, I consciously decided to cease paying my license dues in New Jersey, and, as a result, I am no longer an active member of the New Jersey bar or of this Court.

3. I have never been held in contempt, censured, suspended, disbarred, or subject to disciplinary proceedings by any court or administrative body.

4. I understand and accept the obligation to comply with all applicable rule of this Court.

5. I respectfully request permission from this Court to appear and to participate as counsel, *pro hac vice*, for Attwater Blue Corporation, Ben Raue, and Jeff Hooper in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 25, 2007

/s Kenneth J. Ashman
Kenneth J. Ashman

ASHMAN LAW OFFICES, LLC
55 West Monroe Street, Suite 2650
Chicago, Illinois 60603
(312) 596-1700

# EXHIBIT A

ND: 4820-9517-7984, Ver 1

# STATE OF NEW JERSEY
### BOARD OF BAR EXAMINERS
*Appointed by the Supreme Court of New Jersey*

DARRYL W. SIMPKINS, CHAIR
PETER M. HALDEN
ANTHONY R. HIGGINS
JOHN C. MILLS
ROSEMARY E. RAMSAY
MARY F. THURBER
ELIZABETH A. WEILER



STEPHEN W. TOWNSEND
SECRETARY
LAURA S. BROOKS
ASSISTANT SECRETARY

RICHARD J. HUGHES JUSTICE COMPLEX
25 W. MARKET STREET, 8TH FLOOR NORTH WING

PO Box 973
TRENTON, NEW JERSEY 08625-0973
www.njbarexams.org

## FACSIMILE COVER SHEET

DATE: March 20, 2007

TO: Dan Novellano

FROM: Karin McBride (609-984-6859 - fax)

RE: Kenneth J. Ashman

Number of Pages (Including cover page): 2

If you do not receive all pages or if there is a Malfunction, please call **Karin McBride** at **(609)777-0208**

PLEASE NOTE: The information contained in this facsimile transmission from the New Jersey Board of Bar examiners may be privileged and confidential. It is intended solely for the use of the persons or entities named on this transmittal sheet. If you are not the intended recipient of the transmission, the dissemination, distribution, copying, or other use of the information it contains is strictly prohibited. If you have received this transmission in error, please call the sender immediately to arrange for the return of the information. Thank you for your cooperation and assistance.

SUPREME COURT OF NEW JERSEY
E-152 September Term 2006

IN THE MATTER OF :

KENNETH J. ASHMAN : O R D E R

An Attorney at Law :

FILED
MAR 16 2007
[signature]
CLERK

    It is ORDERED that the resignation without prejudice of Kenneth J. Ashman of Riverwoods, Illinois (Attorney No. 03102-1990), tendered in accordance with the provisions of Rule 1:20-22, be and hereby is accepted, effective immediately; and it is further

    ORDERED that any subsequent application by said Kenneth J. Ashman for membership in the bar of this State be made in accordance with the provisions of Rule 1:27-1.

    WITNESS, the Honorable James R. Zazzali, Chief Justice, at Trenton, this 13th day of March, 2007.

[signature]
CLERK OF THE SUPREME COURT

The foregoing is a true copy of the
original on file in my office.

[signature]
CLERK OF THE SUPREME COURT
OF NEW JERSEY