UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
(VICINAGE OF NEWARK)

Kenneth J. Ashman
Daniel T. Novellano
ASHMAN LAW OFFICES, LLC
55 West Monroe Street, Suite 2650
Chicago, Illinois  60603
(312) 596-1700

Jay R. McDaniel
MCDANIEL CHUSID, LLP
Park 80 West, Plaza 1
Saddle Brook New Jersey 07663
(201) 845-3232

*Attorneys for Defendants Attwater Blue Corporation, Ben Raue, and Jeff Hooper*

------------------------------------------------------------x

| | |
|---|---|
| CHRISTOPHER H. KNIERIM and JACK P. ZACCARIA, : : : Plaintiffs, : : v. : : SIEMENS CORPORATION, SIEMENS BUILDING TECHNOLOGIES, INC., ATTWATER BLUE CORPORATION, BEN RAUE, JEFF HOOPER, GINA ALLADIN and MICHAEL BOLINGER, : : : : Defendants. : | Docket No.:  06-4935 (JCL) Honorable John C. Lifland **NOTICE OF AGREED MOTION** |

------------------------------------------------------------x

TO:   Kenneth Rosellini, Esq.
       Hallock & Cammarota, LLP
       600 Valley Road, Suite 101
       Wayne, New Jersey 07470

**PLEASE TAKE NOTICE** that on March 26, 2007 at 9:00 a.m., or as soon thereafter as counsel can be heard, Defendants Attwater Blue Corporation, Ben Raue, and Jeff Hooper, through their attorneys, MCDANIEL CHUSID, LLP, shall move before the Honorable John C. Lifland, United States District Judge, at the United States Post Office and Courthouse, Newark, New Jersey 07101-0999, for an Order granting leave to file a reply brief of 20 pages, five more than 15 pages allotted,

pursuant to Local Civil Rule 7.2(d), and for an Order granting an enlargement of time to file such reply, *instanter*, pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 6.1.

In support of this motion, Defendants will rely on the accompanying Memorandum of Law in support of this motion.

Dated:  March 20, 2007

                                                                                                                MCDANIEL CHUSID, LLP
Park 80 West, Plaza 1
Saddle Brook New Jersey 07663
(201) 845-3232


By:  /s Jay R. McDaniel
      Jay R. McDaniel

Kenneth J. Ashman
Daniel T. Novellano
ASHMAN LAW OFFICES, LLC
55 West Monroe Street, Suite 2650
Chicago, Illinois  60603
(312) 596-1700

*Attorneys for Defendants Attwater Blue Corporation, Ben Raue, and Jeff Hooper*