**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
(VICINAGE OF NEWARK)**

Kenneth J. Ashman
Daniel T. Novellano
ASHMAN LAW OFFICES, LLC
55 West Monroe Street, Suite 2650
Chicago, Illinois  60603
(312) 596-1700

Jay R. McDaniel
MCDANIEL CHUSID, LLP
Park 80 West, Plaza 1
Saddle Brook New Jersey 07663
(201) 845-3232

*Attorneys for Defendants Attwater Blue
Corporation, Ben Raue, and Jeff Hooper*

------------------------------------------------------x
CHRISTOPHER H. KNIERIM and JACK P.   :
ZACCARIA,                            :
                                     :
         Plaintiffs,                 :
                                     :  Docket No.:  06-4935 (JCL)
         v.                          :
                                     :  Honorable John C. Lifland
SIEMENS CORPORATION, SIEMENS         :
BUILDING TECHNOLOGIES, INC.,         :
ATTWATER BLUE CORPORATION, BEN       :
RAUE, JEFF HOOPER, GINA ALLADIN and  :
MICHAEL BOLINGER,                    :
                                     :
         Defendants.                 :
------------------------------------------------------x


**MEMORANDUM OF LAW IN SUPPORT OF AGREED MOTION FOR LEAVE
TO FILE A REPLY BRIEF OF 20 PAGES, FIVE MORE THAN THE FIFTEEN
PAGES ALLOTTED, AND FOR AN ENLARGEMENT OF TIME, *INSTANTER***

       Defendants Attwater Blue Corporation ("Attwater"), Jeff Hooper ("Hooper") and

Benjamin Raue ("Raue"), through their undersigned counsel, respectfully submit this Memorandum

of Law in Support of their Motion for Leave to File a Reply Brief of 20 pages, Five More Than 15 Pages Allotted, and for an Enlargement of Time to submit the Reply, *Instanter*.

**A.      Request to File a 20-Page Reply Brief**

On January 26, 2007, Defendants filed with this Court their Motion to Dismiss and/or Transfer and supporting Memorandum of Law (the "Motion"). On March 3, 2007, Plaintiffs filed with this Court their Memorandum of Law in Opposition to Motion to Dismiss and/or Transfer (the "Response").

While contained in one set of papers, Defendants' Motion actually involved five separate motions: a Motion to Dismiss for Want of Personal Jurisdiction , pursuant to Fed. R. Civ. P. 12(b)(2); a Motion to Dismiss for Failure to State a Claim, pursuant to Fed. R. Civ. P. 12(b)(6); a Motion to Dismiss for Want of Subject Matter Jurisdiction, pursuant to Fed. R. Civ. P.12(b)(1); a Motion to Dismiss for Improper Venue, pursuant to Fed. R. Civ. P. 12(b)(3); and, a Motion to Transfer Any Remaining Claims to the Northern District of Illinois Pursuant to 28 U.S.C. § 1404(a). Each of the issues presented, if filed as individual motions, would properly be subject to the page limitation for briefs as prescribed in L. Civ. Rule 7.2(d) – a total of 75 permissible pages on reply.

In order to avoid duplication of effort (such as recounting factual statements) and conserve judicial resources, Defendants elected to file its combined Motion addressing each of these points. Unfortunately, many of the issues presented in Defendants' Motion and Plaintiff's response thereto – such as the personal jurisdiction and venue issues – rest upon multi-factor tests that require several levels of analysis as to both Plaintiffs, each of the Defendants, and the various claims. As such, an adequate reply on each of these issues was not possible in the limited space provided by L. Civ. Rule 7.2(d). It is therefore requested that Defendants be afforded five extra pages within which to submit its Reply.

B.   **Request for Additional Time**

Due to the complex nature of the Motion and response thereto, as described above, the drafting of Defendants' Reply has also taken more time than would the drafting of a reply to a motion premised on a single issue. Adding to the timing difficulties posed by the very nature of the briefing, lead counsel for Defendants, Kenneth J. Ashman, was recently confronted with an urgent family issue, which, although non-health related, diverted his attention from the reply brief and prevented him from completing same in a timely fashion.

C.   **Agreement of Plaintiffs**

The parties have previously agreed to the granting of extensions of time to file both Defendants' Motion and Plaintiffs' Response. No other extension of time to file the Reply has been previously requested or granted. Defendants' counsel has conferred with counsel for Plaintiffs and obtained agreement on the substance of this motion.

*     *     *

For all these reasons, and pursuant to Fed. R. Civ. P. 6(b) and L. Civ. Rules 6.1 and 7.2(d), Defendants hereby request that this Court grant leave to file a Reply in excess of fifteen pages, and enlarge the time for Defendants to file their Reply from March 19, 2007 to March 21, 2007.

Dated:  March 20, 2007

>  MCDANIEL CHUSID, LLP
>  Park 80 West, Plaza 1
>  Saddle Brook New Jersey 07663
>  (201) 845-3232
>
>
>  By:  /s Jay R. McDaniel
>        Jay R. McDaniel

>Kenneth J. Ashman
>Daniel T. Novellano
>ASHMAN LAW OFFICES, LLC
>55 West Monroe Street, Suite 2650
>Chicago, Illinois  60603
>(312) 596-1700
>
>*Attorneys for Defendants Attwater Blue
>Corporation, Ben Raue, and Jeff Hooper*