UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER H. KNIERIM, et al. | Civil No. 06-4935 |
| -vs- | Order of Reassignment |
| SIEMENS BUILDING CORP., et al. | |

It is on this 30th day of March, 2007,

ORDERED that the entitled action is reassigned from

JUDGE JOHN C. LIFLAND to JUDGE SUSAN D. WIGENTON.

S/ GARRETT E. BROWN, JR.
GARRETT E. BROWN, JR., CHIEF JUDGE
U.S. DISTRICT COURT