UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
(VICINAGE OF NEWARK)

Kenneth J. Ashman
Daniel T. Novellano
ASHMAN LAW OFFICES, LLC
55 West Monroe Street, Suite 2650
Chicago, Illinois  60603
(312) 596-1700

Jay R. McDaniel
MCDANIEL CHUSID, LLP
Park 80 West, Plaza 1
Saddle Brook New Jersey 07663
(201) 845-3232

*Attorneys for Defendants Attwater Blue Corporation, Ben Raue, and Jeff Hooper*

---------------------------------------------------------x
CHRISTOPHER H. KNIERIM and JACK P. : 
ZACCARIA, :
:
       Plaintiffs, :
: Docket No.: 06-4935 (SDW)
       v. :
: Honorable Susan D. Wigenton
SIEMENS CORPORATION, SIEMENS :
BUILDING TECHNOLOGIES, INC., :
ATTWATER BLUE CORPORATION, BEN : **NOTICE OF MOTION**
RAUE, JEFF HOOPER, GINA ALLADIN and :
MICHAEL BOLINGER, :
:
       Defendants. :
---------------------------------------------------------x

TO:   Kenneth Rosellini, Esq.      Greg A. Dadika, Esq.
       Hallock & Cammarota,LLP   Reed Smith, LLP
       600 Valley Road, Suite 101   Princeton Forrestal Village
       Wayne, New Jersey 07470    136 Main Street, Suite 250
                                                   Princeton, New Jersey 08540-7839

      **PLEASE TAKE NOTICE** that on May 15, 2007 at 9:00 a.m. or as soon thereafter as counsel can be heard, Defendants Attwater Blue Corporation ("Attwater"), Ben Raue ("Raue"), and Jeff Hooper ("Hooper") (collectively, "Defendants"), through their attorneys, ASHMAN LAW OFFICES, LLC and MCDANIEL CHUSID, LLP, shall move before the Honorable Susan D. Wigenton,

United States District Judge, at the United States Post Office and Courthouse, Newark, New Jersey 07101-0999, for an Order striking Plaintiffs' March 26, 2007 Letter to Judge John C. Lifland and attachments thereto.

In support of this motion, Defendants will rely on the accompanying Memorandum of Law in support of the motion.

Dated: April 11, 2007

                                           MCDANIEL CHUSID, LLP
                                         Park 80 West, Plaza 1
                                           Saddle Brook New Jersey 07663
                                           (201) 845-3232

                                           By: /s Jay R. McDaniel
                                                   Jay R. McDaniel

                                           Kenneth J. Ashman
                                           Daniel T. Novellano
                                           ASHMAN LAW OFFICES, LLC
                                           55 West Monroe Street, Suite 2650
                                           Chicago, Illinois 60603
                                           (312) 596-1700

                                           *Attorneys for Defendants Attwater Blue*
                                           *Corporation, Ben Raue, and Jeff Hooper*