MCDANIEL & CHUSID, LLP
Park 80 West
Plaza One
Saddle Brook, NJ 07663
(201) 845-3232
(201) 845-3777 (facsimile)
Attorneys for: Attwater Blue Corp., Ben
Raue and Jeff Hooper

| | |
|---|---|
| CHRISTOPHER H. KNIERIM and JACK P. ZACCARIA,<br><br>Plaintiffs,<br><br>v.<br><br>SIEMENS CORPORATION, SIEMENS BUILDING TECHNOLOGIES, INC., ATTWATER BLUE CORPORATION, BEN RAUE, JEFF HOOPER, GINA ALLADIN and MICHAEL BOLINGER,<br><br>Defendants. | UNITED STATES DISTRICT COURT<br><br>DISTRICT OF NEW JERSEY<br><br>Civil Action No.: 06-4935 (SDW)<br><br>ORDER ADMITTING KENNETH J. ASHMAN, ESQ. PRO HAC VICE |

This matter having been opened to the Court by McDaniel & Chusid, LLP,

attorneys for defendants Attwater Blue Corporation, Ben Raue and Jeff Hooper for the

admission *pro hac vice* of Kenneth J. Ashman, Esq. of the Ashman Lam Offices, LLC, 55

est Monroe Street, Suite 2650, Chicago, IL 60603, and

The Court having considered that application, and good cause appearing,

IT IS on this $\qquad$ day of $\qquad$, 2007,

ORDERED as follows:

(1)     The application for admission *pro hac vice* of Kenneth J. Ashman,

Esq. shall be and hereby is granted.

(2)     The attorney admitted *pro hac vice* shall:

(a)     abide by the Rules Governing the Courts of the District of of New Jersey, including all disciplinary Rules applicable to attorneys admitted generally to practice law in the State of New Jersey;

(b)     consent to the appointment of the Clerk of the Supreme Court as agent upon whom service of process may be made for all actions against her or her firm that may arise out of their participation in this matter;

(c)     notify the Court immediately of any matter affecting her standing at the bar of any other Court; and

(d)     have all pleadings, briefs and other papers filed with the Court signed by an attorney of record authorized to practice in this State, who shall be held responsible for her and for the conduct of the cause and of the admitted attorneys therein;

(e)     make payment of $150 to the Clerk of the United States District Court for the District of New Nersey; and

(f)     make payment pursuant to New Jersey Court Rule 1:28-2(a) to the New Jersey Lawyers' Fund for Client Protection for any year in which Mr. Ashman continues to represent a client in a matter pending in this Court.