UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
(VICINAGE OF NEWARK)

Kenneth Rosellini, Esq. (6047)
Hallock & Cammarota, LLP
600 Valley Road, Suite 101
Wayne, New Jersey 07470
(973) 692-0001
*Attorneys for Plaintiffs, Christopher H. Knierim
and Jack Zaccaria*

---------------------------------------------x

CHRISTOPHER H. KNIERIM and JACK P. ZACCARIA,

    Plaintiffs,

v.

SIEMENS CORPORATION, SIEMENS BUILDING TECHNOLOGIES, INC., ATTWATER BLUE CORPORATION, BEN RAUE, JEFF HOOPER, GINA ALLADIN and MICHAEL BOLINGER,

    Defendants.

---------------------------------------------x

Docket No.: 06-4935 (SDW) (MCA)

Magistrate Judge Madeline C. Arleo

**ORDER STAYING SCHEDULING CONFERENCE AND ALLOWING LIMITED DISCOVERY**

    The matter being brought before the Court by the Law Offices of Hallock & Cammarota, LLP, attorneys for the Plaintiffs, Christopher H. Knierim and Jack P. Zaccaria, by way of joint application with the Defendants, Attwater Blue Corporation, Ben Raue and Jeff Hooper ("Attwater Defendants"), by and through their attorneys, McDaniel Chusid, LLP, and with Attwater Defendants and of the Defendants, Siemens Building Technologies, Inc., Gina Alladin and Michael Bolinger, by and through their attorneys, Reed Smith, LLP, for an order staying the scheduling conference in the above-captioned matter on the grounds that there are pending dispositive motions pending before this court and for an order allowing specified discovery to proceed, and the Court having determined that such application is appropriate in accordance with Local Rule 16.1(a)(1), it is on this ___ day of

August, 2007 **ORDERED** that:

1. The telephonic scheduling conference which had been scheduled for August 27, 2007 is hereby stayed until after this court rules on the dispositive motions filed by the Attwater Defendants for dismissal and/or transfer which are currently pending before the Honorable Susan D. Wigenton, U.S.D.J.; and

2. In the event this Court retains jurisdiction over the above-captioned action in its ruling on the pending dispositve motions, the parties shall submit a joint discovery plan and any disputes regarding it in accordance with Local Civil Rule 26.1(b) within 14 days following such ruling; and

3. The Plaintiffs may proceed to serve a subpoena upon Terry Turhark, President of The Right Thing, Inc., located at 3401 Technology Drive, Findlay, Ohio, for the purposes of taking his deposition and for production of documents, provided that (i) the return date for said subpoena shall be no earlier than October 1, 2007; (ii) no deposition or production of documents shall take place prior to the latter of (a) the expiration of 21 days after this court's decision on the pending dispostive motions in order to provide the parties an opportunity to object to said subpoena or (b) this court's ruling on any such objections; and (iii) such subpoena shall be withdrawn if the above-captioned action is dismissed and/or venue is transferred from the District of New Jersey.

4. A copy of this order shall be served upon all interested parties within seven (7) days of the Plaintiffs' receipt of this order.

MAGISTRATE JUDGE MADELINE C. ARLEO
UNITED STATES MAGISTRATE JUDGE