|  |  |  |
|---|---|---|
| **CHRISTOPHER KIERNAM, ET AL.,** | : | UNITED STATES DISTRICT COURT |
|  | : | DISTRICT OF NEW JERSEY |
| **Plaintiffs,** | : |  |
| -vs- | : | Civil Action No. 06-4935 (SDW) |
|  | : |  |
| **SIEMENS BUILDING CORP., ET AL.,** | : | _____ORDER |
|  | : |  |
| **Defendants,** | : |  |

**THIS MATTER** having come before the Court by motion of defendants, The Attwater Blue Corporation, Jeff Hooper, and Ben Raue ("defendants"), for an order granting them leave to file an overlength reply brief in further support of their motion to dismiss plaintiffs' Amended Complaint (Docket Entry No. 22); by the application of plaintiffs to strike the supplemental declaration of defendant Jeff Hooper, or alternatively, to file sur-reply (Docket Entry No. 26); and by defendants' motion to strike plaintiffs' March 26, 2007, Letter to the Court and attachments thereto (Docket Entry No. 29); for good cause shown;

**IT IS** on this 4th day of October 2007,

**ORDERED THAT** the motion seeking an order granting defendants leave to file an overlength reply brief in further support of their motion to dismiss plaintiffs' Amended Complaint (Docket Entry No. 22) is hereby dismissed as moot; and it is further

**ORDERED THAT** plaintiffs' application to strike the supplemental declaration of defendant Jeff Hooper, or alternatively, to file sur-reply (Docket Entry No. 26) shall not be considered by this Court, and, thus will be stricken; and it is further

**ORDERED THAT** defendants' motion to strike plaintiffs' March 26, 2007, Letter to the

Court and attachments thereto (Docket Entry No. 29) shall not be considered by this Court, and, thus will be stricken.

*s/Madeline Cox Arleo*
**MADELINE COX ARLEO**
**United States Magistrate Judge**

Original:   Clerk
cc:         Hon. Susan D. Wigenton, U.S.D.J.
            All Parties
            File