NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

_____ :
                                 :
CHRISTOPHER H. KNIERIM, ET AL.,  :
                                 :   Civil Action No. 06-4935 (SDW)
        Plaintiffs,              :
                                 :
v.                               :   **ORDER**
                                 :
SIEMENS CORPORATION, ET AL.,     :
                                 :   March 31, 2008
        Defendants.              :
_____ :

**WIGENTON,** District Judge.

It is hereby **ORDERED**, in accordance with the Court's Opinion dated, March 31, 2008, that the motion of defendants Attwater Blue Corporation ("Attwater"), Ben Raue ("Raue"), and Jeff Hooper ("Hooper") (collectively "defendants") to dismiss the Amended Complaint of plaintiffs Christopher Knierim ("Knierim") and Jack Zaccaria ("Zaccaria") (together "plaintiffs")[1] is **GRANTED IN PART AND DENIED IN PART**.

It is **ORDERED** that defendants' motion to dismiss plaintiffs' breach of contract and implied covenant of good faith and fair dealing claims against Raue and Hooper for lack of personal jurisdiction under Fed. R.Civ. P. 12(b)(2) is **GRANTED**.

It is **ORDERED** that defendants' motion to dismiss plaintiffs' slander (defamation) and tortious interference with prospective economic advantage claims against Raue and Hooper for lack

---

[1] This motion is Docket Entry No. 12.

of personal jurisdiction under Fed. R. Civ. P. 12(b)(2) is **GRANTED**.

It is **ORDERED** that defendants' motion to dismiss plaintiffs' defamation claims and tortious interference with prospective economic advantage claims against Attwater pursuant to Fed. R. Civ. P. 12(b)(6) is **GRANTED**.

It is **ORDERED** that defendants' motion to dismiss plaintiffs' claims for breach of contract and breach of the implied covenant of good faith and fair dealing for lack of subject matter jurisdiction under Fed. R. Civ. P. 12(b)(1) against Attwater is **DENIED**.

It is **ORDERED** that defendants' motion to dismiss plaintiffs' claims for breach of contract and breach of the implied covenant of good faith and fair dealing against Attwater is **DENIED**.

The Court transfers venue of these remaining claims to the United States District Court, Northern District of Illinois pursuant to 28 U.S.C. § 1404(a).

**SO ORDERED.**

s/ SUSAN D. WIGENTON
United States District Judge

cc:　Hon. Madeline Cox Arleo, U.S.M.J.
　　　Clerk of the Court
　　　Parties