CLOSED, RULE16

## U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CIVIL DOCKET FOR CASE #: 2:06−cv−04935−SDW−MCA

| | |
|---|---|
| KNIERIM et al v. SIEMENS BUILDING CORPORATION et al | Date Filed: 10/13/2006 |
| Assigned to: Susan D. Wigenton | Date Terminated: 03/31/2008 |
| Referred to: Magistrate Judge Madeline C. Arleo | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity−Breach of Contract | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**CHRISTOPHER H. KNIERIM**      represented by  **KENNETH J. ROSELLINI**
HELLOCK &CAMMAROTA, LLP
600 VALLEY ROAD
SUITE 101
WAYNE, NJ 07470
(973) 692−0001
Email: krosellini@halcamlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JACK P. ZACCARIA**      represented by  **KENNETH J. ROSELLINI**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


V.

**Defendant**

**SIEMENS BUILDING CORPORATION**
*TERMINATED: 10/25/2006*

**Defendant**

**THE ATTWATER BLUE CORPORATION**      represented by  **JAY R. MCDANIEL**
MCDANIEL &CHUSID
PARK 80 WEST
PLAZA ONE
SADDLE BROOK, NJ 07663
201−845−3232
Fax: 201−845−3777
Email: jrmcdaniel@mcdlaw.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**BEN RAUE**      represented by  **JAY R. MCDANIEL**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**JEFF HOOPER**     represented by  **JAY R. MCDANIEL**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**GINA ALLADIN**     represented by  **GREG A. DADIKA**
REED SMITH, LLP
PRINCETON FORRESTAL VILLAGE
136 MAIN STREET
SUITE 250
PRINCETON, NJ 07102–5311
(609) 987–0050
Email: gdadika@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MICHAEL BOLINGER**     represented by  **GREG A. DADIKA**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**SIEMENS BUILDING TECHNOLOGIES, INC.**     represented by  **GREG A. DADIKA**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**SIEMENS CORPORATION**

**Cross Claimant**

**GINA ALLADIN**

**Cross Claimant**

**MICHAEL BOLINGER**

**Cross Claimant**

**SIEMENS BUILDING TECHNOLOGIES, INC.**

V.

**Cross Defendant**

**THE ATTWATER BLUE CORPORATION**

**Cross Defendant**

**BEN RAUE**

**Cross Defendant**

**JEFF HOOPER**

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 10/13/2006 | " 1 | COMPLAINT against GINA ALLADIN, MICHAEL BOLINGER, SIEMENS BUILDING CORPORATION, THE ATTWATER BLUE CORPORATION, BEN RAUE, JEFF HOOPER ( Filing fee $ 350 receipt number 341581.) JURY DEMAND, filed by CHRISTOPHER H. KNIERIM, JACK P. ZACCARIA. (Attachments: # 1 Civil Cover Sheet)(mn, ) (Entered: 10/18/2006) |
| 10/18/2006 | " 2 | Summons Issued as to GINA ALLADIN, MICHAEL BOLINGER, SIEMENS BUILDING CORPORATION, THE ATTWATER BLUE CORPORATION, BEN RAUE, JEFF HOOPER.Days Due – 20.(MAILED TO COUNSEL) (mn, ) (Entered: 10/18/2006) |
| 10/25/2006 | " 3 | AMENDED COMPLAINT against SIEMENS BUILDING TECHNOLOGIES, INC., SIEMENS CORPORATION, GINA ALLADIN, MICHAEL BOLINGER, THE ATTWATER BLUE CORPORATION, BEN RAUE, JEFF HOOPER., filed by CHRISTOPHER H. KNIERIM; JACK P. ZACCARIA.(jd, ) (Entered: 10/25/2006) |
| 10/25/2006 | " 4 | Summons Issued on Amended Complaint as to GINA ALLADIN, MICHAEL BOLINGER, THE ATTWATER BLUE CORPORATION, BEN RAUE, JEFF HOOPER.Days Due – 10. (jd, ) (Entered: 10/25/2006) |
| 10/25/2006 | " 5 | Summons Issued on Amended Complaint as to SIEMENS BUILDING TECHNOLOGIES, INC., SIEMENS CORPORATION.Days Due – 20. (jd, ) (Entered: 10/25/2006) |
| 11/08/2006 | " 6 | Letter from Keith G. Von Glahn. (VON GLAHN, KEITH) (Entered: 11/08/2006) |
| 11/28/2006 | " | Judge Esther Salas and Esther Salas added. Judge Mark Falk no longer assigned to case. (jgb, ) (Entered: 11/28/2006) |
| 12/18/2006 | " 7 | STIPULATION *Extending Time to Respond* by GINA ALLADIN, MICHAEL BOLINGER, SIEMENS BUILDING TECHNOLOGIES, INC., SIEMENS CORPORATION. (LAURA, ANTHONY) (Entered: 12/18/2006) |
| 12/21/2006 | " 8 | ANSWER to Amended Complaint, CROSSCLAIM against THE ATTWATER BLUE CORPORATION, BEN RAUE, JEFF HOOPER by GINA ALLADIN, MICHAEL BOLINGER, SIEMENS BUILDING TECHNOLOGIES, INC..(LAURA, ANTHONY) (Entered: 12/21/2006) |
| 12/21/2006 | " 9 | STATEMENT *of Corporate Disclosure Pursuant to Rule 7.1* by GINA ALLADIN, MICHAEL BOLINGER, SIEMENS BUILDING TECHNOLOGIES, INC.. (LAURA, ANTHONY) (Entered: 12/21/2006) |
| 12/22/2006 | " 10 | NOTICE of Voluntary Dismissal w/out prejudice by CHRISTOPHER H. KNIERIM, JACK P. ZACCARIA as to deft Siemens Corporation, only (jd, ) (Entered: 12/27/2006) |

| | | |
|---|---|---|
| 01/08/2007 | " 11 | ORDER Initial Conference set for 4/4/2007 at 2:30 PM before Magistrate Judge Esther Salas. JOINT DISCOVERY PLAN MUST BE SUBMITTED 7 DAYS PRIOR TO THE CONFERENCE. CM/ECF IS MANDATORY FOR ALL FILINGS. Parties are to report to the Whipple Conference Room in the US Post Office and Court House Building. Should you have any questions please call (973) 297–4887. Signed by Judge Esther Salas on 1/8/07. (jq, ) (Entered: 01/08/2007) |
| 01/26/2007 | " 12 | First MOTION to Dismiss *Complaint and Transfer Venue* by THE ATTWATER BLUE CORPORATION, BEN RAUE, JEFF HOOPER. Responses due by 2/14/2007 (Attachments: # 1 Brief Memorandum In Support of Motion# 2 Affidavit Hooper Declaration# 3 Affidavit Raue Declaration# 4 Text of Proposed Order Proposed Order)(MCDANIEL, JAY) (Entered: 01/26/2007) |
| 01/26/2007 | " 13 | First MOTION for Leave to Appear Pro Hac Vice *Kenneth Ashman, Esq.* by THE ATTWATER BLUE CORPORATION, BEN RAUE, JEFF HOOPER. (Attachments: # 1 Affidavit Ashman Declaration)(MCDANIEL, JAY) (Entered: 01/26/2007) |
| 01/26/2007 | " | Set Deadlines as to 13 First MOTION for Leave to Appear Pro Hac Vice *Kenneth Ashman, Esq.*, 12 First MOTION to Dismiss *Complaint and Transfer Venue*. Motion Hearing set for 2/26/2007 before Judge John C. Lifland. (Please be acvised that the motions shall be decided on the papers unless otherwise notified by the court) (jd, ) (Entered: 01/26/2007) |
| 01/29/2007 | " 14 | ORDER denying w/out prejudice 13 Motion for Leave to Appear Pro Hac Vice as to Kenneth J. Ashman . Signed by Judge Esther Salas on 1/29/07. (jd, ) (Entered: 01/29/2007) |
| 02/13/2007 | " 15 | Rule 7.1 Letter for extension of return date re 12 First MOTION to Dismiss *Complaint and Transfer Venue* filed by CHRISTOPHER H. KNIERIM, JACK P. ZACCARIA. (jd, ) (Entered: 02/15/2007) |
| 02/21/2007 | " | Reset Deadlines as to 12 First MOTION to Dismiss *Complaint and Transfer Venue*. Responses due by 2/26/2007 (nr, ) (Entered: 02/21/2007) |
| 03/03/2007 | " 16 | BRIEF in Opposition re 12 First MOTION to Dismiss *Complaint and Transfer Venue* filed by CHRISTOPHER H. KNIERIM. (ROSELLINI, KENNETH) (Entered: 03/03/2007) |
| 03/03/2007 | " 17 | AFFIDAVIT in Opposition re 12 First MOTION to Dismiss *Complaint and Transfer Venue* filed by CHRISTOPHER H. KNIERIM. (ROSELLINI, KENNETH) (Entered: 03/03/2007) |
| 03/03/2007 | " 18 | CERTIFICATION in Opposition re 12 First MOTION to Dismiss *Complaint and Transfer Venue* filed by JACK P. ZACCARIA. (ROSELLINI, KENNETH) (Entered: 03/03/2007) |
| 03/12/2007 | " 19 | Letter from Kenneth Rosellini. (ROSELLINI, KENNETH) (Entered: 03/12/2007) |
| 03/21/2007 | " 20 | Second MOTION for Leave to Appear Pro Hac Vice *by Kenneth Ashman* by THE ATTWATER BLUE CORPORATION, BEN RAUE, JEFF HOOPER. (MCDANIEL, JAY) (Entered: 03/21/2007) |
| 03/21/2007 | " 21 | Second MOTION for Leave to Appear Pro Hac Vice *Declaration of Kenneth Ashman* by THE ATTWATER BLUE CORPORATION, BEN RAUE, JEFF HOOPER. (MCDANIEL, JAY) (Entered: 03/21/2007) |
| 03/21/2007 | " 22 | MOTION for Leave to File Excess Pages *Notice of Motion* by THE ATTWATER BLUE CORPORATION, BEN RAUE, JEFF HOOPER. (MCDANIEL, JAY) (Entered: |

| | | |
|---|---|---|
| | | 03/21/2007) |
| 03/21/2007 | " 23 | MOTION for Leave to File Excess Pages *Memorandum of Law* by THE ATTWATER BLUE CORPORATION, BEN RAUE, JEFF HOOPER. (MCDANIEL, JAY) (Entered: 03/21/2007) |
| 03/21/2007 | " 24 | MOTION to Dismiss for Lack of Jurisdiction *Reply Memorandum of Law* by THE ATTWATER BLUE CORPORATION, BEN RAUE, JEFF HOOPER.Responses due by 3/19/2007 (MCDANIEL, JAY) (Entered: 03/21/2007) |
| 03/21/2007 | " 25 | MOTION to Dismiss for Lack of Jurisdiction *Supplemental Hooper Declaration* by THE ATTWATER BLUE CORPORATION, BEN RAUE, JEFF HOOPER.Responses due by 3/19/2007 (MCDANIEL, JAY) (Entered: 03/21/2007) |
| 03/21/2007 | " | Set Deadlines as to 20 Second MOTION for Leave to Appear Pro Hac Vice *by Kenneth Ashman*, 22 MOTION for Leave to File Excess Pages *Notice of Motion*. Motion Hearing set for 4/23/2007 before Judge John C. Lifland. (Please be advised that this motion shall be decided on the papers unless otherwise notified by the court) (jd, ) (Entered: 03/21/2007) |
| 03/26/2007 | " 26 | Letter from Kenneth Rosellini. (ROSELLINI, KENNETH) (Entered: 03/26/2007) |
| 03/26/2007 | " 27 | CERTIFICATION in Opposition re 12 First MOTION to Dismiss *Complaint and Transfer Venue Sur−Reply* filed by JACK P. ZACCARIA. (ROSELLINI, KENNETH) (Entered: 03/26/2007) |
| 03/30/2007 | " 28 | ORDER REASSIGNING CASE. Case reassigned to Judge Susan D. Wigenton and Madeline C. Arleo for all further proceedings. Judge John C. Lifland, Esther Salas no longer assigned to case. Signed by Judge Garrett E. Brown, Jr. on 3/30/07. (jd, ) (Entered: 04/02/2007) |
| 04/02/2007 | " | CHAMBERS NOTE: The Conference Scheduled for 4/4/07 has been ADJOURNED without a new date. An Order RESCHEDULING the Conference will be issued. (jq, ) (Entered: 04/02/2007) |
| 04/11/2007 | " 29 | MOTION to Strike 27 Certification in Opposition to Motion, 26 Letter by THE ATTWATER BLUE CORPORATION, BEN RAUE, JEFF HOOPER.Responses due by 5/1/2007 (MCDANIEL, JAY) (Entered: 04/11/2007) |
| 04/11/2007 | " 30 | MOTION to Strike 27 Certification in Opposition to Motion, 26 Letter *Memorandum of Law* by THE ATTWATER BLUE CORPORATION, BEN RAUE, JEFF HOOPER.Responses due by 5/1/2007 (MCDANIEL, JAY) (Entered: 04/11/2007) |
| 04/11/2007 | " | Set/Reset Deadlines as to 29 MOTION to Strike 27 Certification in Opposition to Motion, 26 Letter. Motion Hearing set for 5/14/2007 before Susan D. Wigenton. (Please be advised that this motion shall be decided on the papers unless otherwise notified by the court) (jd, ) (Entered: 04/11/2007) |
| 05/17/2007 | " 31 | ORDER granting 20 Motion for Leave to Appear Pro Hac Vice as to Kenneth J. Ashman. Signed by Judge Madeline C. Arleo on 5/10/07. (jd, ) (Entered: 05/17/2007) |
| 06/22/2007 | " | Pro Hac Vice fee: $ 150, receipt number 345919 re: Kenneth Ashman (sr, ) (Entered: 06/22/2007) |
| 08/02/2007 | " | TEXT ORDER scheduling a telephone conference for AUGUST 27, 2007 at 2:30 p.m. before Judge Madeline Cox Arleo. (Plaintiff to initiate call). Ordered by Judge Madeline C. Arleo on 8/2/07. (jl, ) (Entered: 08/02/2007) |

| | | |
|---|---|---|
| 08/28/2007 | " 32 | ORDER staying scheduling conference and allowing limited discovery. Signed by Judge Madeline C. Arleo on 8/28/07. (jd, ) (Entered: 08/28/2007) |
| 10/10/2007 | " 33 | ORDER striking 29 Motion to Strike ; dismissing as moot 22 Motion for Leave to File Excess Pages; pltf's application to strike the supplemental declaration of deft Jeff Hooper, etc. shall not be considered by this court and thus will be stricken. Signed by Judge Madeline C. Arleo on 10/4/07. (jd, ) (Entered: 10/10/2007) |
| 03/31/2008 | " 34 | OPINION. Signed by Susan D. Wigenton on 3/31/08. (jd, ) (Entered: 03/31/2008) |
| 03/31/2008 | " 35 | ORDER granting in part and denying in part 12 Motion to Dismiss; the Court transfers venue of these remaining claims to USDC, Northern District of Illinois, etc.. Signed by Susan D. Wigenton on 3/31/08. (jd, ) (Entered: 03/31/2008) |
| 03/31/2008 | " | ***Civil Case Terminated. (jd, ) (Entered: 03/31/2008) |

Case 1:08-cv-01909 Document 36 Filed 04/04/2008 Page 6 of 6