# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Christopher H. Knierim and<br>Jack P. Zaccaria, | )<br>)<br>) | |
| *Plaintiffs*, | )<br>) | Case No. 08 CV 01909 |
| v. | )<br>) | Judge Charles R. Norgle |
| Siemens Corporation, Siemens Building<br>Technologies, Inc., Attwater Blue<br>Corporation, Ben Raue, Jeff Hooper, Gina<br>Alladin and Michael Bolinger, | )<br>)<br>)<br>)<br>) | |
| *Defendants*. | ) | |

## NOTICE OF MOTION

TO:

| Kenneth J. Rossellini<br>Hellock & Cammarota, LLP<br>600 Valley Road<br>Suite 101<br>Wayne, N.J. 07470<br>(973) 692-0001 | Jay R. McDaniel<br>McDaniel & Chusid<br>Park 80 West<br>Plaza One<br>Saddle Brook, N.J. 07663<br>(201) 284-3232 | Kenneth Jay Ashman<br>Ashman Law Office LLC<br>kashman@ashmanlawoffices.com |
|---|---|---|

    PLEASE TAKE NOTICE that on Friday, August 29, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before Honorable Judge Charles R. Norgle, or any other judge sitting in his stead, in Courtroom 2341 in the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present **DEFENDANTS SIEMENS BUILDING TECHNOLOGIES, INC., GINA ALLADIN, AND MICHAEL BOLINGER'S MOTION FOR JUDGMENT ON THE PLEADINGS**, a copy of which is hereby served upon you.

Dated:  August 25, 2008

Respectfully submitted,

SIEMENS  BUILDING  TECHNOLOGIES,  INC.
GINA ALLADIN and MICHAEL BOLINGER,

*Defendants*

By:   /s/   Leonard E. Hudson
         One of Their Attorneys

Matthew J. O'Hara
Leonard E. Hudson
Reed Smith LLP
10 S. Wacker Drive
Chicago, Illinois  60606
(312) 207-1000
mohara@reedsmith.com
lhudson@reedsmith.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2008, I electronically filed with the Clerk of the Court using the CM/ECF system:

1.  the foregoing NOTICE OF MOTION;

2.  DEFENDANTS SIEMENS BUILDING TECHNOLOGIES, INC., GINA ALLADIN, AND MICHAEL BOLINGER'S MOTION FOR JUDGMENT ON THE PLEADINGS; and

3.  MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS SIEMENS BUILDING TECHNOLOGIES, INC., GINA ALLADIN, AND MICHAEL BOLINGER'S MOTION FOR JUDGMENT ON THE PLEADINGS.

The CM/ECF system sent notification of such filing to the following:

> Kenneth Jay Ashman
> Ashman Law Office LLC
> kashman@ashmanlawoffices.com

I further certify that I served copies of the same by overnight courier to the following:

> Kenneth J. Rossellini
> Hellock & Cammarota, LLP
> 600 Valley Road
> Suite 101
> Wayne, N.J. 07470
> (973) 692-0001
>
> Jay R. McDaniel
> McDaniel & Chusid
> Park 80 West
> Plaza One
> Saddle Brook, N.J. 07663
> (201) 284-3232

> /s/ Leonard E. Hudson
> Leonard E. Hudson (ARDC No. 6293044)
> REED SMITH LLP
> 10 South Wacker Drive
> Chicago, IL 60606
> Phone: 312.207.1000
> Fax: 312.207.6400
> lhudson@reedsmith.com