# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

CHRISTOPHER H. KNIERIM, et al.

                               Plaintiff,

v.

                                            Case No.:
1:08−cv−01909

Honorable Charles R. Norgle Sr.

THE ATTWATER BLUE CORPORATION, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

      MINUTE entry before the Honorable Charles R. Norgle, Sr:Status hearing held on 8/26/2008. Counsel for plaintiff failed to appear. Status hearing, defendant's oral motion to dismiss for want of prosecution, and hearing on defendant's motion for judgment on the pleading are continued to 8/29/2008 at 9:30 a.m.Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.