# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles R. Norgle | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1909 | **DATE** | 8/26/2008 |
| **CASE TITLE** | Christopher Knierim, et al. Vs. Siemens Building Corporation | | |

**DOCKET ENTRY TEXT**

Jay R. McDaniel is granted leave to withdraw his appearance.

Docketing to mail notices.

| | Courtroom Deputy Initials: | EF |
|---|---|---|