## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

CHRISTOPHER H. KNIERIM, et al.

                Plaintiff,

v.

THE ATTWATER BLUE CORPORATION, et al.

                Defendant.

Case No.: 1:08−cv−01909

Honorable Charles R. Norgle Sr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 29, 2008:

    MINUTE entry before the Honorable Charles R. Norgle, Sr:Status and Motions hearing held on 8/29/2008. Plaintiff failed to appear. Case dismissed for want of prosecution. Civil case terminated. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.